RECEIVED
IN LAKE CHARLES, LA

APR - 5 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| **FELIX BARTUTIS** | : | **DOCKET NO. 04-20047-001** |
|---|---|---|
| **VS.** | : | **JUDGE MINALDI** |
| **UNITED STATES OF AMERICA** | : | **MAGISTRATE JUDGE WILSON** |

## NOTICE

NOTICE IS HEREIN ISSUED that this motion filed pursuant to 28 U.S.C. §2255 is subject to being dismissed for lack of prosecution. Felix Bartutis has ten calendar days from the mailing of this notice within which to file evidence of good cause for the movant's failure to act. If no response is received within the allocated time, this action will be dismissed without prejudice pursuant to LR 41.3W.

Lake Charles, Louisiana, this ___ day of _April_____, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT