RECEIVED
IN LAKE CHARLES, LA

MAY - 3 2006



ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | : | DOCKET NO. 2:04 CR 20047-001 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| FELIX BARTUTIS | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

In accordance with the Order issued April 3, 2006,

IT IS ORDERED that the defendant's motion filed pursuant to 28 U.S.C. §2255 IS DISMISSED WITHOUT PREJUDICE for want of prosecution.

Lake Charles, Louisiana, this 2 day of May, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE